No. 09-8400. Joe Mack Breed, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 995, 130 S. Ct. 1744, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2232.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8403. Jimmy Murrell Owen, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 995, 130 S. Ct. 1744, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2254.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8404. Johnnie Ross, Petitioner v. Illinois.

559 U.S. 995, 130 S. Ct. 1744, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2281.

March 8, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1139, 367 Ill. Dec. 609, 982 N.E.2d 287.

No. 09-8410. Reginald T. Johnson, Petitioner v. Burl Cain, Warden.

559 U.S. 995, 130 S. Ct. 1744, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2212.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 347 Fed. Appx. 89.

No. 09-8412. Ray Anthony Bailey, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 995, 130 S. Ct. 1745, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2297.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-8414. Richard Lynn Bible, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.

559 U.S. 995, 130 S. Ct. 1745, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2252.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 571 F.3d 860.

No. 09-8415. Frank Anthony Baldizan, Petitioner v. Edward S. Alameida, Jr.

559 U.S. 995, 130 S. Ct. 1745, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2214.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 347 Fed. Appx. 334.

No. 09-8419. Earl Tinsley, Petitioner v. Florida, et al.

559 U.S. 995, 130 S. Ct. 1745, 176 L. Ed. 2d 218, 2010 U.S. LEXIS 2331.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.